AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | | |
|---|---|---|
| United States of America<br>v.<br>**KELLY BOWERS**<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) | Case No.   24-192-ADC |

☑ FILED  ___ ENTERED
___ LOGGED  ___ RECEIVED

10:46 am, Jan 25 2024

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ Deputy

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  September 2023 to January 2024  in the county of  Anne Arundel  in the
_____ District of  Maryland , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C § 846 | Conspiracy to Distribute and Possess With Intent to Distribute Controlled Dangerous Substances |

This criminal complaint is based on these facts:
See affidavit.

☑ Continued on the attached sheet.

*Jenna Klausing*
Digitally signed by Jenna Klausing
Date: 2024.01.23 10:32:24 -05'00'

_____
*Complainant's signature*

Jenna Klausing, FBI
_____
*Printed name and title*

Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date:  24 January 2024

_____
*Judge's signature*

City and state:     Baltimore, Maryland

A. David Copperthite, U.S. Magistrate Judge
_____
*Printed name and title*